IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELENA M. HEADLEY,<br><br>　　　　　　Defendant. | 8:17CB8<br>Violation No.: 6483986 NE14<br><br>DISMISSAL ORDER |

NOW ON THIS 9th day of January, 2018, this matter is before the Court on the United States' Motion for Dismissal. The Court, being duly advised in the premises, finds that said Motion should be sustained.

IT IS HEREBY ORDERED:

The Motion to Dismiss [10] is granted. Leave of Court is granted for the United States to dismiss, without prejudice, the violation in the above-captioned case as to the Defendant, ELENA M. HEADLEY.

Dated this 9th day of January, 2018.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　United States Magistrate Judge